**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7721**

MONIQUE NICOLE WELDON,

Plaintiff - Appellant,

v.

LORI NOHE, Warden; JOE WOOD, Associate Warden of Security; JIM RUBENSTEIN, Commission, WVDOC; C. J. RIDER, Director of Inmate Services, WVDOC,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert C. Chambers, Chief District Judge. (3:16-cv-03815)

Submitted: March 30, 2017                         Decided: April 4, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Monique Nicole Weldon, Appellant Pro Se. Cynthia Gardner, Stacy L. Nowicki-Eldridge, WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monique Nicole Weldon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Weldon v. Nohe*, No. 3:16-cv-03815 (S.D. W. Va. Dec. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*